USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-5-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

TRENT PATTERSON,

                Plaintiff,

-against-

CAPTAIN JOHNSON,

                Defendants.

-------------------------------------------------------------- x

**ORDER**

16 Civ. 3156 (PAE) (RWL)

**Robert W. Lehrburger, United States Magistrate Judge:**

    Upon the application of defendant for leave to take the deposition of plaintiff Trent Patterson, Book and Case No. 349-190-7280, an inmate within the custody of the New York City Department of Correction:

    **IT IS HEREBY ORDERED**: (1) that the Warden or other official in charge of the Anna. M. Kross Center, located at 18-18 Hazen Street, East Elmhurst, New York 11370, produce inmate Trent Patterson, Book and Case No. 349-190-7280, on February 10, 2020, at 10:30 a.m. at a location within the facility for the taking of Mr. Patterson's in-person deposition and for so long thereafter as the deposition continues; and (2) that Mr. Patterson appear in such place as designated by the Warden or other official in charge of the Anna M. Kross Center so that Mr. Patterson's deposition can be taken.

Dated: 2/4/2020
New York, New York

                          SO ORDERED

                          **Robert W. Lehrburger, U.S.M.J.**

**MAILED BY CHAMBERS**