UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TRENT PATTERSON, | | |
| | Plaintiff, | 16 Civ. 3156 (PAE) (RWL) |
| -v- | | |
| | | ORDER |
| CAPTAIN JOHNSON, | | |
| | Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has been advised that discovery in this case has closed. Accordingly, the Court hereby schedules a case-management conference on **Friday, February 5, 2021, at 2:00 p.m.** The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

Defendant has indicated that he intends to file a motion for summary judgment. Dkt. 132. Any party intending to move for summary judgment shall, in accord with the Court's Individual Rule 3(H), by **January 22, 2021,** request that the case-management conference serve as a pre-motion conference. To so request, the moving party shall submit a letter via ECF, not to exceed three single-spaced pages in length, setting forth the basis for the anticipated motion, including the legal standards governing the claims at issue. Other parties shall respond similarly by **January 29, 2021.** The Court will review and discuss with counsel any anticipated summary judgment motions at the pre-motion conference.

2

All conferences with the Court are scheduled for a specific time; there is no other matter scheduled for that time, and counsel are directed to appear promptly. All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

                                                              _____
                                                                          PAUL A. ENGELMAYER
                                                                          United States District Judge

Dated: January 4, 2021
           New York, New York