UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2021

---------------------------------------------------------------X

TRENT PATTERSON,                              :
                                              :
                          Plaintiff,          :          16-CV-3156 (PAE) (RWL)
                                              :
                  - against -                 :
                                              :          **ORDER**
                                              :
JOSEPH PONTE (Commissioner) D.O.C.,           :
MAXOLINE MINGO (Warden AMKC/Chief),           :
CAPTAIN TIMOTHY JOHNSON, and C.O.             :
JUNIOR LEWIS,                                 :
                                              :
                          Defendants.         :

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Pursuant to the Court's February 9, 2018 order, James D. Arden, Giulia Scelzo

(P/K/A Giulia Rubin), and Sarah Goodfield of Sidley & Austin LLP were appointed pro

bono counsel for Plaintiff for the limited and sole purpose of conducting discovery.  On

January 11, 2021, Arden, Scelzo, and Goodfield filed notices that the discovery phase of

litigation had come to an end and that Arden, Scelzo, and Goodfield had completely their

pro bono representation.  Accordingly, Arden, Scelzo, Goodfield, and Sidley & Austin LLP

are relieved as counsel for Plaintiff, and Plaintiff shall resume pro se status.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 22, 2021
       New York, New York

1

Order transmitted this date to all counsel of record and mailed to pro se Plaintiff at:

Trent Patterson
8951501746
18-18 Hazen Street
East Elmhurst, Ny 11370