UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRENT PATTERSON, | |
| Plaintiff, | 16 Civ. 3156 (PAE) (RWL) |
| -v- | ORDER |
| CAPTAIN JOHNSON, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On January 4, 2021, the Court scheduled a case-management conference for February 5, 2021, and directed the parties to submit any pre-motion letters by January 22, 2021. On January 11, 2021, pro bono counsel for plaintiff Trent Patterson filed notices of the completion of their limited-scope representation, and withdrew from the case. Dkts. 135–37. Today, defendant Captain Timothy Johnson filed a pre-motion letter stating his intent to move for summary judgment on Patterson's sole remaining claim. Dkt. 138.

By separate order issued today, the Court has amended its referral of this case to the Hon. Robert W. Lehrburger, Magistrate Judge, to include a referral for a report and recommendation on Captain Johnson's proposed motion for summary judgment and any other such motion. The Court accordingly directs Captain Johnson to address his letter motion for a pre-motion conference to Judge Lehrburger.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 138 and adjourn *sine die* the conference scheduled for February 5, 2021.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 22, 2021
       New York, New York