```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRENT PATTERSON,                                            :
                                                            :        16-CV-3156 (PAE) (RWL)
                                  Plaintiff,                :
                                                            :
            - against -                                     :        ORDER
                                                            :
JOSEPH PONTE, et al.,                                       :
                                                            :
                                  Defendants.               :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Court has reviewed Defendant's letter dated January 22, 2021 (Dkt. 138) requesting a conference to discuss his intention to file a motion for summary judgment. The motion for conference is denied as moot. Defendant may proceed with filing his motion. The briefing schedule is as follows: Defendant's motion papers shall be filed by **March 10, 2021**; Plaintiff's opposition papers shall be filed by **May 3, 2021**; Defendant's reply, if any, shall be filed by April 24, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 25, 2021
         New York, New York

Order transmitted this date to all counsel of record and mailed to pro se Plaintiff at:

Trent Patterson
8951501746
18-18 Hazen Street
East Elmhurst, Ny 11370

1