```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRENT PATTERSON,

      Plaintiff,

   - against -

JOSEPH PONTE, et al.,

      Defendants.
------------------------------------------------------------X

16-CV-3156 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  This Court has reviewed Defendant's letter dated February 4, 2021 (Dkt. 143). The correct briefing schedule is as follows:  Defendant's motion papers shall be filed by **March 10, 2021**; Plaintiff's opposition papers shall be filed by **May 3, 2021**; Defendant's reply, if any, shall be filed by **May 24, 2021**.

  Plaintiff is reminded that he has an ongoing duty to update the Court anytime his contact information changes.  Failure to timely file an updated address may result in Plaintiff not receiving notification or receipt of certain materials, which could further lead to dismissal for failure to prosecute.

         SO ORDERED.

         _____
         ROBERT W. LEHRBURGER
         UNITED STATES MAGISTRATE JUDGE

Dated: February 4, 2021
   New York, New York

Order transmitted this date to all counsel of record and mailed to Plaintiff pro se at the following address:

1

Trent Patterson
50 Kimberly Ln., Apt. 40A
Staten Island, New York 10304