USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TRENT PATTERSON,

                Plaintiff,

    - against -

TIMOTHY JOHNSON,

                Defendant.
-----------------------------------------------------------X

16-CV-3156 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On March 17, 2021, Defendant filed a motion for summary judgment. (Dkt. 147.) Defendant served Plaintiff as described in Defendant's letter dated May 4, 2021. (Dkt. 151.) The deadline for Plaintiff to file his opposition was May 3, 2021. Plaintiff did not file any opposition. On April 22, 2021, defense counsel spoke with Plaintiff and reminded him of the deadline and Plaintiff's obligation to request an extension of time if he needed more time. Plaintiff nevertheless failed to do either. Accordingly, the Court sua sponte extends Plaintiff's time to file his opposition, if any, to Defendant's motion for summary judgment to June 3, 2021. Defendant shall file a reply, if any, by June 24, 2021. If Plaintiff fails to file any opposition by June 3, 2021, the Court will deem the motion fully submitted and may (1) grant the motion based in whole or in part of Plaintiff's failure to oppose the motion, or (2) dismiss the case due to Plaintiff's failure to prosecute. Additionally, Plaintiff must promptly notify the Court of any change of address.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2021
      New York, New York

Order transmitted this date to all counsel of record and mailed to the pro se Plaintiff at the following address:

    Trent Patterson
    50 Kimberly Ln., Apt. 40A
    Staten Island, New York 10304