UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRENT PATTERSON,

                         Plaintiff,

      -against-                                         16 CIVIL 3156 (PAE)(RWL)

## JUDGMENT

CAPTAIN TIMOTHY JOHNSON,

                        Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2022, the motion for summary judgment is granted. The Court declines to issue a certificate of appealability and certifies that any appeal from the order would not be taken in good faith; therefore, in forma pauperis status is denied for purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 445 (1962); accordingly, the case is closed.

**Dated:** New York, New York

       March 31, 2022

                                                      RUBY J. KRAJICK

                                                      **Clerk of Court**
                                 **BY:**
                                                      **Deputy Clerk**